| | |
|---|---|
| DISTRICT COURT, LARIMER COUNTY, COLORADO<br><br>Court Address:<br>Larimer County Judicial Center<br>200 LaPorte Avenue, Suite 100<br>Fort Collins, Colorado 80521 | ▲COURT USE ONLY▲ |
| **Plaintiff:**   R. RAY SPURGIN<br><br>**Defendant:**   TWIN CITY FIRE INSURANCE COMPANY, d/b/a THE HARTFORD<br><br>**Vice Defendant:**   HARTFORD FIRE INSURANCE CO., aka THE HARTFORD | Case Number: 2014 CV 31060<br><br>Courtroom:   5A |
| Attorney Contact Information<br>Steven R. Shanahan<br>Shanahan Law Firm, P.C.<br>PO Box 271999<br>Fort Collins, CO 80527<br><br>Phone Number: 970-204-9999<br>Fax Number:   970-226-2111<br>E-mail:         Steve@SteveShanahanLaw.com<br>Atty. Reg.#:     14893 | |
| **AMENDED COMPLAINT** | |

R. Ray Spurgin, Plaintiff, by and through his attorney, Steven R. Shanahan, Shanahan Law Firm, P.C., hereby submits his Amended Complaint and in support thereof states:

1. The Plaintiff's Complaint and Jury Demand was filed on October 23, 2014.

2. No answer or other responsive pleading has been filed in this case.

3. Until an answer or other responsive pleading has been filed in the case the Plaintiff may amend his complaint without motion or leave of the court.

4. Paragraphs 1 through 95 of the Plaintiff's Complaint and Jury Demand, together with all prayers for relief, are incorporated herein as if set forth below.

5. Hartford Fire Insurance Co. d/b/a The Hartford (Hartford Fire), previously named as the defendant in this matter, was the underwriting company for property, general liability, inland marine coverage for Hartford Insurance Policy #22 UUV UG 8031.

6. Twin City Fire Insurance Company (Twin City) is an Indiana corporation authorized to do business in Colorado at all times relevant to this matter.

7. Twin City, not Hartford Fire Insurance Co. (Hartford Fire), was the auto insurance underwriter of Hartford Insurance Policy # 22 UUV UG 8031 that was issued to Pro Well and Pump Service that was in force and effect on October 27, 2008.

8. Since this complaint involves auto insurance underwritten by Twin City, Twin City, not Hartford Fire should be and hereafter shall be the named defendant.

9. Twin City and Hartford Fire are wholly owned subsidiaries and affiliates of Hartford Financial Services Inc.

10. Hartford Financial Services Inc., Twin City and Hartford Fire, collectively do business as The Hartford.

11. The Plaintiff hereby substitutes Twin City Fire Insurance Company d/b/a The Hartford, as the sole defendant herein.

12. Wherever in the Plaintiff's initial Complaint and Jury Demand, Hartford Fire Insurance Co. d/b/a The Hartford is identified, Twin City Fire Insurance Company d/b/a The Hartford is hereby substituted therefor.

13. The caption in this case hereafter shall indicate that the defendant is Twin City Fire Insurance Company d/b/a The Hartford, and not Hartford Fire Insurance Co. d/b/a The Hartford.

Respectfully submitted this 3rd day of November, 2014.

SHANAHAN LAW FIRM, P.C.

_____
Steven R. Shanahan (CO AR# 14893)

## CERTIFICATE OF SERVICE

    The foregoing Amended Complaint was served on November 3, 2014, upon by the Integrated Colorado Court Efiling System (ICCES) by electronic means upon the following:

    Cynthia Mitchell (CO AR #21974)
    Shoemaker Ghiselli & Schwartz LLC
    1811 Peart Street
    Boulder, CO 80302

*/s/ Taniya J. Henkel*