IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03077-REB-MJW

R. RAY SPURGIN,

Plaintiff,

v.

TWIN CITY FIRE INSURANCE COMPANY, *doing business as* The Hartford, and
HARTFORD FIRE INSURANCE CO., *doing business as* The Hartford,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion for Entry of Protective Order (docket no. 17) is GRANTED finding good cause shown. The written Stipulated Protective Order (docket no. 17-1) is APPROVED as amended in paragraph 6 and made an Order of Court.

Date: January 27, 2015