**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-03077-REB-MJW

R. RAY SPURGIN,

    Plaintiff,

v.

TWIN CITY FIRE INSURANCE COMPANY, d/b/a The Hartford, and
HARTFORD FIRE INSURANCE COMPANY, d/b/a The Hartford,

    Defendants.

## ORDER DISMISSING A PARTY

**Blackburn, J.**

The matter is before me on the **Stipulation for Dismissal with Prejudice** [#28],[1] filed May 4, 2015.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that the plaintiff's claims against defendant, Twin City Fire Insurance Company, d/b/a The Hartford, should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation for Dismissal with Prejudice** [#28], filed May 4, 2015, is approved;

    2.  That plaintiff's claims against defendant, Twin City Fire Insurance Company, d/b/a The Hartford, are dismissed with prejudice, with the affected parties to pay their own attorney fees and costs; and

    3.  That defendant, Twin City Fire Insurance Company, d/b/a The Hartford, is

---

[1] "[#28]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

dropped as a party to this action, and the caption shall be amended accordingly.

Dated May 5, 2015, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge