# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 14-cv-03077-REB-MJW

R. RAY SPURGIN,

    Plaintiff,

v.

HARTFORD FIRE INSURANCE COMPANY, d/b/a The Hartford,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulation for Dismissal with Prejudice** [#30],[1] filed May 6, 2015. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation for Dismissal with Prejudice** [#30], filed May 6, 2015, is approved;

    2. That all pending pretrial deadlines are vacated;

    3. That the combined Final Pretrial Conference/Trial Preparation Conference set March 18, 2016, at 1:30 p.m., is vacated;

    4. That the jury trial set to commence April 11, 2016, is vacated; and

---

[1] "[#28]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

5.  That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

Dated May 6, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge